**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Berkshire Life Insurance Company of America, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:12-cv-648 |
| | ) | JUDGE MARBLEY |
| v. | ) ) | |
| Paula A. Habib, MD | ) ) | |
| Defendant. | | |

   Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

   In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:
   Berkshire Life Insurance Company of America, which is a wholly owned stock
   Subsidiary of the Guardian Life Insurance Company

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   _____ Yes   __X__ No

  If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? ____Yes  __X__ No

  If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

  /s/ Ryan P. Sherman      July 18, 2012
  (Signature of Counsel)      (Date)