**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | Case No. 2:12-cv-648 |
| Plaintiff, | ) ) ) | Judge Marbley |
| v. | ) ) | |
| PAULA A. HABIB, MD, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ADMISSION
*PRO HAC VICE* OF DONALD A. MURDAY**

Plaintiff Berkshire Life Insurance Company of America, by and through its trial attorney, and pursuant to S.D. Ohio Local Rule 83.3(e), respectfully moves the Court for the admission *pro hac vice* in the above-captioned case of Donald A. Murday, who is an attorney with the law firm Chittenden, Murday & Novotny LLC.  Mr. Murday is admitted to practice before and is a member in good standing of the bar of the State of Illinois.  He is not eligible to become a member of the permanent bar of this Court.  Plaintiff seeks to have him participate as counsel on its behalf.

Mr. Murday's certificate of good standing is attached as Exhibit A.  His contact information is set forth in the signature block at the end of this Motion.  Plaintiff will pay the *pro hac vice* application fee contemporaneously with the filing of this Motion.

Mr. Murday understands that he must register for electronic filing with this Court promptly upon the granting of this motion.

                              Respectfully submitted,

                              /s/ Ryan P. Sherman
                              Ryan P. Sherman (0075081)
                              Trial Attorney
                              David S. Bloomfield, Jr. (0068158)
                              Porter, Wright, Morris & Arthur LLP
                              41 S. High Street
                              Columbus, Ohio 43215
                              Telephone:  (614) 227-2000
                              Facsimile:  (614) 227-2100
                              E-mail:       rsherman@porterwright.com
                                                    dbloomfield@porterwright.com

                              *Attorneys for Plaintiff*
                              *Berkshire Life Insurance Company of America*

Donald A. Murday
Craig M. Bargher
CHITTENDEN, MURDAY &
NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
dmurday@cmn-law.com
cbargher@cmn-law.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been filed via the electronic filing system on July 19, 2012.  Notice of filing will be performed by the Court's electronic filing system, and parties may access the document through the electronic filing system.

/s/ Ryan P. Sherman
Ryan P. Sherman

COLUMBUS/1639304v.2