**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Berkshire Life Insurance Company of America, | : : | Case No. 2:12-cv-648 |
| | : | Judge Marbley |
| Plaintiff, | : : | |
| | : | Magistrate Judge Kemp |
| vs. | : : | **NOTICE OF REQUEST FOR ISSUANCE** |
| Paula A. Habib, M.D., | : | **OF SUMMONS** |
| | : | |
| Defendant. | | |

TO THE CLERK:

Please issue the summons attached hereto as Exhibit A and return a copy of the issued summons to:

> Ryan P. Sherman (0075081)
> Porter Wright Morris & Arthur LLP
> 41 South High Street
> Columbus, Ohio 43215
> (614) 227-2184 / (614) 227-2100 Fax
> rsherman@porterwright.com

        Respectfully submitted,

        /s/ Ryan P. Sherman
        Ryan P. Sherman (0075081)
        Porter, Wright, Morris & Arthur LLP
        41 South High Street
        Columbus, Ohio 43215
        (614) 227-2000
        (614) 227-2100 (fax)
        rsherman@porterwright.com

        *Attorneys for Plaintiff*
        *Berkshire Life Insurance Company of America*

Of Counsel:

Donald A. Murday (admitted *pro hac vice*)
Craig M. Bargher (admitted *pro hac vice*)
CHITTENDEN, MURDAY &
NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
dmurday@cmn-law.com
cbargher@cmn-law.com

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been filed via the electronic filing system on August 28, 2012.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/ Ryan P. Sherman
Ryan P. Sherman