**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

Berkshire Life Insurance Company of America

        Plaintiffs,

        vs                          Case No. 2:12-cv-648

Paula A. Habib, M.D.

        Defendants.

**CERTIFICATE OF MAILING BY CLERK**

      **Certified mail service** has been done by the Clerk, U.S. District Court on August 31, 2012. A copy of the summons and complaint were sent by certified mail to the following locations:

Paula A. Habib, M.D.
250 Daniel Burnham Square, Apt. 308
Columbus, OH 43215-2693
7011 0470 000106201 8707

                                     John P. Hehman, Clerk

                                     By:    s/Paula Economus-Stout
                                              Paula Economus-Stout, Deputy Clerk