# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,** | Case No. 2:12-cv-648 |
| | Judge Marbley |
| **Plaintiff,** | |
| | Magistrate Judge Kemp |
| v. | |
| **PAULA A. HABIB, MD,** | NOTICE OF REQUEST FOR ISSUANCE OF SUMMONS |
| **Defendant.** | |

_____

TO THE CLERK:

Please issue the summons attached hereto as Exhibit A and return a copy of the issued summons to:

> Ryan P. Sherman (0075081)
> Porter Wright Morris & Arthur LLP
> 41 South High Street
> Columbus, Ohio 43215
> (614) 227-2184 / (614) 227-2100 Fax
> rsherman@porterwright.com

> Respectfully submitted,
>
> /s/ Ryan P. Sherman   (*with permission*)
> by /s/ Craig M. Bargher
> Ryan P. Sherman (0075081)
> Porter, Wright, Morris & Arthur LLP
> 41 South High Street
> Columbus, Ohio 43215
> (614) 227-2184
> (614) 227-2100 (fax)
> rsherman@porterwright.com
>
> *Attorneys for Plaintiff*
> *Berkshire Life Insurance Company of America*

Of Counsel:

Donald A. Murday (admitted *pro hac vice*)
Craig M. Bargher (admitted *pro hac vice*)
CHITTENDEN, MURDAY &
NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
dmurday@cmn-law.com
cbargher@cmn-law.com

**CERTIFICATE OF SERVICE**

  It is hereby certified that that foregoing has been filed via the electronic filing system on September 21, 2012.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

            /s/ Ryan P. Sherman   (*with permission*)
            by /s/ Craig M. Bargher
            Ryan P. Sherman
            Craig M. Bargher