**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Berkshire Life Insurance Company
of North America,

        Plaintiff(s),        Case No. 2:12-cv-0648

  v.

                                       JUDGE MARBLEY

Paula A. Habib, M.D.,

        Defendant(s).

**CERTIFICATE OF MAILING BY CLERK**

**Certified mail service** has been done by the Clerk, U.S. District Court on September 25, 2012. A copy of the Summons and Complaint were sent by certified mail to the following locations:

        Paula A. Habib, M.D.
        1365 Boylston Street
        Boston, MA 02215-3919
      (7011 0470 0001 6201 8813)


                              John P. Hehman, Clerk

        By:  /s/ Kristen Keppler
             Kristen Keppler, Deputy Clerk