AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Berkshire Life Insurance Company of America<br><br>*Plaintiff(s)*<br>v.<br>Paula A. Habib, M.D.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:12-cv-00648<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Paula A. Habib, M.D.
1365 Boylston Street
Boston, MA  02215-3919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan P. Sherman, Esq.
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio  43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  09/24/2012



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-00648

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paula A. Habib, M.D.
was received by me on *(date)* 9/24/2012 .

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify):* sent summons and complaint via certified mail (7011 0470 0001 6201 8813); date delivered 9/27/2012.

My fees are $  for travel and $  for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/1/2012

/s/Eduardo Rivera
*Server's signature*

Eduardo Rivera, Deputy Clerk
*Printed name and title*

Office of the Clerk
85 Marconi Blvd., Suite 121
Columbus, OH 43215.
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Don Brady_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Don Brady   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Paula A. Habib, M.D.<br>1365 Boylston Street<br>Boston, MA  02215-3919 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7011 0470 0001 6201 8813  SUMMONS |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 |

