```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

Berkshire Life Insurance
Company of America,

      Plaintiff,

  v.                              Case No. 2:12-cv-648

Paula A. Habib, M.D.,              JUDGE ALGENON L. MARBLEY
                                   Magistrate Judge Kemp
      Defendant.

<u>ORDER</u>

    This order is being issued to address a problem with the way in which Doc. #14 has been signed.

    Signing documents that are filed with the Court is governed by Fed.R.Civ.P. 11.  That rule states, in pertinent part, that, in cases in which a party is not represented by an attorney, "[e]very pleading, written motion, and other paper must be signed ... by a party personally."  It also permits the Court to strike an unsigned paper "unless the omission is promptly corrected after being brought to the ... party's attention."  Fed.R.Civ.P. 11(a).  The signing requirement is important for, among other reasons, the representations that accompany it concerning the basis for the claims, defenses, or statements made in the paper being filed, <u>see</u> Fed.R.Civ.P. 11(b), which, if untrue, can lead to the imposition of sanctions against the filer under Rule 11(c).

    In this case, a document has been filed manually which bears only the <u>pro se</u> defendant's typed "signature."  A type-written signature from a party proceeding <u>pro se</u> does not satisfy the signature requirement of Rule 11(a).  Therefore, within five business days of the date of this order, the defendant shall submit an identical document with her hand-signed signature.  The failure to do so may cause the Court to strike the filing.

/s/ Terence P. Kemp
United States Magistrate Judge