```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION

Berkshire Life Insurance
Company of America,

        Plaintiff,
    v.                                Case No. 2:12-cv-648

Paula A. Habib, M.D.,                 JUDGE ALGENON L. MARBLEY
                                      Magistrate Judge Kemp
        Defendant.
```

## ORDER

Plaintiff has moved for an extension of time to file a response to the motion to dismiss. The motion sets forth good cause for the extension and the motion (#17) is therefore granted. The new date to file is December 17, 2012.

/s/ Terence P. Kemp
United States Magistrate Judge