# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,** | ) ) ) | Case No. 2:12-cv-648 |
| **Plaintiff,** | ) ) ) | **Judge Marbley** |
| | ) ) | **Magistrate Judge Kemp** |
| v. | ) ) | |
| **PAULA A. HABIB, MD,** | ) ) | ORDER |
| **Defendant.** | ) ) | |

This Court, having considered Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and for good cause appearing,

HEREBY ORDERS that the Motion for Extension of Time to Respond to Defendant's Motion to Dismiss is GRANTED. Plaintiff shall file its response to Defendant's Motion to Dismiss on or before January 31, 2013.

IT IS SO ORDERED.

Date:

_____
UNITED STATES DISTRICT JUDGE