```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION

Berkshire Life Insurance
Company of America,

        Plaintiff,

    v.                              Case No. 2:12-cv-648

Paula A. Habib, M.D.,               JUDGE ALGENON L. MARBLEY
                                    Magistrate Judge Kemp
        Defendant.
```

                                ORDER

Plaintiff has moved for an extension of time to file a response to the motion to dismiss.  The motion sets forth good cause for the extension and the motion (#19) is therefore granted.  The new date to file is January 31, 2013.


                                    /s/ Terence P. Kemp
                                    United States Magistrate Judge