IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | ) | Case No. 2:12-cv-648 |
| | ) | |
| Plaintiff, | ) | Judge Marbley |
| | ) | |
| | ) | Magistrate Judge Kemp |
| v. | ) | |
| | ) | |
| PAULA A. HABIB, MD, | ) | STIPULATION |
| | ) | |
| Defendant. | ) | |

Plaintiff, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, by its
attorneys, Ryan P. Sherman, Porter, Wright, Morris & Arthur LLP, Donald A. Murday and
Craig M. Bargher of Chittenden, Murday & Novotny LLC, and Defendant, PAULA A. HABIB,
MD, *pro se*, pursuant to settlement and agreement of the parties, hereby stipulate to the dismissal
of the litigation, bearing Cause No.: 2:12-cv-648, in its entirety and with prejudice, in accordance
with the Agreed Order tendered herewith.

**BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**　　　**PAULA A. HABIB, MD**

By: /s/ Ryan P. Sherman *(with permission)*
　　 by /s/ Craig M. Bargher
　　　　One of Its Attorneys

Ryan P. Sherman (0075081)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio  43215
(614) 227-2184
(614) 227-2100 (fax)

Of Counsel:

Donald A. Murday (admitted *pro hac vice*)
Craig M. Bargher (admitted *pro hac vice*)
CHITTENDEN, MURDAY &

Paula A. Habib, MD
1365 Boylston Street
Boston, Massachusetts 02215-3919

NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
dmurday@cmn-law.com
cbargher@cmn-law.com

## CERTIFICATE OF SERVICE

It is hereby certified that that foregoing has been filed via the electronic filing system on January 18, 2013. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system. The undersigned also hereby certifies that a true and correct copy of the foregoing was served upon:

> Paula A. Habib, MD
> 1365 Boylston Street
> Boston, Massachusetts 02215-3919

by enclosing true and correct copies thereof in a duly addressed, postage prepaid envelope and depositing same in the U.S. Mail chute at 303 W. Madison Street, Chicago, Illinois, on or before the hour of 5:00 p.m. this **18th** day of **January, 2013.**

<div style="margin-left:40%;">

/s/ Ryan P. Sherman   (*with permission*)
by /s/ Craig M. Bargher
Ryan P. Sherman
Craig M. Bargher

</div>